```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   LEOCADIA JERONIMO,                                        :
                                    Plaintiff,               :
                                                             :      22 Civ. 4166 (LGS)
                  -against-                                  :
                                                             :              ORDER
   DISFRUTA PRODUCTS, LLC, et al.,                           :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled for August 3, 2022.

WHEREAS, the Order, dated June 24, 2022, required the parties to file a proposed joint letter and case management plan by July 27, 2022, at 12:00 p.m.

WHEREAS, Defendants Jorge Arosquipa Paredes and Disfruta Products LLC ("Disfruta") were served on July 6, 2022 (Dkt. Nos. 10-12).[1]

WHEREAS, it is not clear if Defendant Jose Arosquipa Paredes has been served.

WHEREAS, Defendants Disfruta and Jorge Arosquipa Paredes were required to respond to the Complaint by July 27, 2022.

WHEREAS, Defendants have not appeared in this case and Defendants Jorge Arosquipa Paredes and Disfruta have not timely responded to the Complaint.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 29, 2021, at 12:00 p.m**., and shall explain why they have not complied with the Court's deadlines. If

---

[1] The affidavits of service at Docket Nos. 11 and 12 both state that service was made on Jorge Arosquipa Paredes.

Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendants, by no later than **July 29, 2022**, Plaintiff shall file a letter (1) requesting an adjournment of the initial pretrial conference for up to thirty days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules. It is further

      **ORDERED** that by **July 29, 2022**, Plaintiff shall file a letter regarding the status of service on Jose Arosquipa Paredes.

Dated: July 28, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**