UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    LEOCADIA JERONIMO, :
                               Plaintiff, :          22 Civ. 4166 (LGS)
                -against- :                ORDER
    DISFRUTA PRODUCTS, LLC, et al., :
                          Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for September 7, 2022. (Dkt. No. 21.)

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. (*See* Dkt. Nos. 22, 23.) It is hereby

    **ORDERED** that the September 7, 2022, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendant seeks to file a motion to dismiss, Defendant shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery -- including while the parties are engaged in mediation -- absent compelling circumstances.

Dated: September 1, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE