```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  LEOCADIA JERONIMO,                                         :
                                      Plaintiffs,            :    22 Civ. 4166 (LGS)
                                                             :
               -against-                                     :    ORDER
                                                             :
  DISFRUTA PRODUCTS, LLC., et al.,                           :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 30, 2022, the parties informed the Court that they had reached a settlement in principle.

WHEREAS, the parties were directed to file their executed settlement agreement and *Cheeks* letter by October 30, 2022.

WHEREAS, the parties failed to timely file their *Cheeks* letter and settlement agreement. It is hereby

**ORDERED** that by **November 4, 2022**, the parties shall file their *Cheeks* letter and settlement agreement. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, (2d Cir. 2015) ("[S]tipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect.").

Dated: October 31, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE