# Law Offices of Colin Mulholland

### Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

October 31st, 2022

Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

Re: Jeronimo v. Disfruta Products, LLC, 22-cv-4166 (LGS)

Your Honor,

The parties would respectfully request until November 25th, 2022 to submit the proposed settlement agreement for this matter arising under the FLSA. The attorneys have circulated a draft of a proposed agreement however there are a few ancillary terms the parties need to discuss further among their respective clients before committing to a final draft.

This is the first request for an extension.

Dated: August 2, 2022

Application **GRANTED IN PART.** The parties are directed to the Court's Individual Rules, which state that "absent extraordinary circumstances, requests for extension of time will be denied if not made before the expiration of the original deadline." The parties shall file the required *Cheeks* letter and settlement agreement by **November 15, 2022.** No further extensions will granted absent extraordinary circumstances. So Ordered.

Dated: November 1, 2022
        New York, New York

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE