# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404  Main
(631) 247-0417  Fax

jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4649
MY EMAIL ADDRESS IS: JAIME.SANCHEZ@JACKSONLEWIS.COM

November 14, 2022

**VIA ECF**

Application **GRANTED.**  The parties shall file their *Cheeks* letter and settlement agreement by **November 18, 2022.**  No further extensions will be granted absent extraordinary circumstances.  So Ordered.

The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

Dated: November 15, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *Leocadia Jeronimo v. Disfruta Products, LLC, et al.*,
     Docket No.: 22-cv-04166 (LGS)

Dear Judge Schofield:

As counsel for Defendants in the above-referenced matter, we write together with Plaintiff's counsel to update the Court on the status of the parties' progress to finalize the agreement, and to request that the parties' deadline to submit the agreement be extended three days, from November 15, 2022, to and including November 18, 2022.  The reason for this request is that Defendants recently made a single counterproposal for consideration.  We expect to reach a final agreement by tomorrow.  At that point, the parties will expeditiously coordinate execution of the Agreement (the parties do not speak English as a primary language).  This is the third request for an extension of the deadline to submit the *Cheeks* motion since the parties reached an agreement to settle this matter. In the alternative, Defendants respectfully request until November 18, 2022, to answer or otherwise respond to Plaintiff's complaint.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

*/s/ Jaime Sanchez*
Jaime Sanchez

cc: All Counsel of Record (*via* ECF)