UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LEOCADIA JERONIMO, :
                    Plaintiff, :
: 22 Civ. 4166 (LGS)
     -against- :
: <u>ORDER</u>
DISFRUTA PRODUCTS, LLC, et al., :
                   Defendants. :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 18, 2022, the parties moved for approval of a proposed settlement. It is hereby

      **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorneys' fees is fair and reasonable). It is further

      **ORDERED** that this action is dismissed in its entirety and with no award of attorneys' fees or costs. The action is dismissed without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. The Court declines to retain jurisdiction to enforce this settlement agreement, beyond the period of thirty (30) days described above, and the parties are directed to the appropriate forum in the event of a breach. Any pending motions are **DISMISSED** as moot, and all conferences and deadlines are **CANCELED**.

Dated: November 22, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE