UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

LEOCADIA JERONIMO,

                                                 Plaintiff,

                 -against-                                   Civil No.: 22-cv-4166 (LGS)

DISFRUTA PRODUCTS, LLC, JOSE
AROSQUIPA PAREDES, and JORGE            STIPULATION AND ORDER OF
AROSQUIPA PAREDES,.                                DISMISSAL

                                             Defendants.

-------------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED that the settlement agreement is approved as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 20607 (2d Cir. 2015); Fisher v. SD Protection, Inc., 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorney's fees is fair and reasonable).

      It is further STIPULATED AND AGREED that this action is dismissed with prejudice in its entirety and with no award of attorneys' fees or costs, except as provided in the Parties' Agreement.

      The Court declines to retain jurisdiction to enforce this settlement agreement and the parties are directed to the appropriate forum in the event of a breach.

| | |
|---|---|
| Colin Mulholland, Esq. | JACKSON LEWIS P.C. |
| By: _/s/Colin Mulholland_____ | By: _/s/ Jaime Sanchez_____ |
| Colin Mulholland, Esq. | Jaime Sanchez, Esq. |
| 30-97 Steinway, Suite 301-A | 58 South Service Rd., Suite 250 |
| Astoria, NY 1103 | Melville, New York 11747 |
| Tel: 347-687-2019 | (631) 247-0404 |
| Email: cmulhollandesq@gmail.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED on this ___ day of _____, 2022

_____
U. S. M. J.